**Appeal Dismissed and Memorandum Opinion filed April 7, 2026.**



In The

# Fifteenth Court of Appeals

### NO. 15-26-00026-CV

**PATRICK JEROME CHARGUALAF, Appellant**

**V.**

**TTCU, Appellee**

**On Appeal from the 169th District Court**
**Bell County, Texas**
**Trial Court Cause No. 25DCV355639**

### MEMORANDUM OPINION

On February 13, 2026, this Court notified appellant Patrick Jerome Chargualaf that the clerk's record was due in this Court on February 10, 2026, but had not been filed due to his failure to pay, or make arrangements to pay, the trial court clerk's fee for preparing the record. The notice requested that appellant file a

response with written documentation showing that he had paid, or had made arrangements to pay, the clerk's fee or that he is entitled to proceed without payment of costs. In addition, in our notice, we directed appellant to comply with our request by February 23, 2026, and advised that his failure to comply could result in the dismissal of the appeal for want of prosecution. To date, appellant has not responded to the Court's notice, and the clerk's record has not been filed.

If a trial court clerk fails to file the clerk's record due to an appellant's failure to pay, or make arrangements to pay, the clerk's fee for preparing the record, the appellate court may dismiss the appeal for want of prosecution unless the appellant was entitled to proceed without payment of costs. *See* Tex. R. App. P. 37.3(b). In this case, appellant has not established that he is entitled to proceed without payment of costs. *See id.* R. 20.1; Tex. R. Civ. P. 145. Consequently, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel consists of Chief Justice Brister and Justices Field and Farris.